| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |
|---|---|---|

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| *versus* | § | CASE NO. 1:13-CR-121 |
| | § | |
| ZACHARY JOEL JOWETT | § | |

## MEMORANDUM ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge. In accordance with 18 U.S.C. § 3401(i) and 18 U.S.C. § 3583(e), Judge Giblin held a hearing and submitted findings of fact and a recommendation on the defendant's plea of true. The defendant consented to the revocation of his supervised release and waived his right to be present and allocute at sentencing. The parties have not objected to Judge Giblin's report.

The Court ORDERS that the findings of fact and recommendation on plea of true (#63) are ADOPTED. The Court finds that the defendant, Zachary Joel Jowett, violated conditions of supervised release and ORDERS that his supervision is REVOKED. Pursuant to Judge Giblin's recommendation and the parties' agreement, the Court ORDERS the defendant to serve a term of six (6) months imprisonment with credit for time spent in federal custody and time spent in the residential reentry center, as recommended by Judge Giblin. The Court further ORDERS a new three (3) year term of supervised release. The conditions of supervision will be set forth in a separate revocation judgment.

**Signed this date**
**Jul 17, 2019**

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE